# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KEVIN L. HAMILTON, JR.**  **PLAINTIFF**
**#02395-21**

V.  Case No. 4:22-cv-00291-LPR

**ERIC HIGGINS, Sheriff,**
**Pulaski County,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

All of Mr. Hamilton's claims are DISMISSED, without prejudice, for failure to state a claim upon which relief may be granted. The Court recommends that this dismissal constitute a "strike" under 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 25th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE