IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN L. HAMILTON, JR.**   **PLAINTIFF**
**#02395-21**

V.   Case No. 4:22-cv-00291-LPR

**ERIC HIGGINS, Sheriff,**
**Pulaski County,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 25th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE